UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHEA PAYTON,

    Plaintiff,

v.

COMMUNITY PROMISE FEDERAL CREDIT UNION,
a corporation, and ANGELA BROWN, an individual,

    Defendants.

Case No. 23-00861
Honorable Robert J. Jonker

| WILLIAM F. PIPER (P38636) | LISA T. MILTON (P38129) |
|---|---|
| William F. Piper, PLC | Bowen, Radabaugh & Milton, P.C. |
| Attorney for Plaintiff | Attorney for Defendants |
| 1611 W. Centre Avenue, Suite 209 | 100 East Big Beaver Road, Suite 350 |
| Portage, MI 49024 | Troy, MI 48083 |
| Phone: (269) 321-5008 / Fax: (269) 321-5009 | Phone: (248) 641-8486/Fax: (248) 641-8219 |
| Email: wpiper@wpiperlaw.com | Email: ltmilton@brmattorneys.com |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties that the above-entitled cause is hereby dismissed as to Defendants, Community Promise Federal Credit Union and Angela Brown, with prejudice and without costs as to either party.

This Order resolves the last pending claim and closes the case.

/s/William F. Piper (w/consent)
WILLIAM F. PIPER (P38636)
Attorney for Plaintiff

/s/Lisa T. Milton
LISA T. MILTON (P38129)
Attorney for Defendant

IT IS SO ORDERED.

Dated: May 16, 2024

/s/ Robert J. Jonker
Robert J. Jonker
United States District Judge